# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00393-CV

**Kenneth Johnson and Strunk & Associates L.P., Appellants**

**v.**

**Alex Sheshunoff Management Services, L.P., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
NO. GN201863, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING**

Appellants Kenneth Johnson and Strunk & Associates L.P. appeal from a temporary injunction granted by the district court on June 17, 2002. *See* Tex. Civ. Prac. & Rem. Code Ann. ' 51.014(a)(4) (West Supp. 2002). Appellee Alex Sheshunoff Management Services, L.P. moved to dismiss the appeal, contending that the appeal is moot because on August 15 the district court rendered a partial summary judgment that, among other things, expressly dissolved the June 17 temporary injunction. Appellee=s certificate of conference states that all attorneys of record have discussed this matter and agree that the partial summary judgment dissolving the temporary injunction obviates the need for this appeal.

Because the district court dissolved the June 17 temporary injunction, this appeal is now moot. *See State v. Ruiz Wholesale Co.*, 901 S.W.2d 772, 775 (Tex. App.CAustin 1995, no writ). This Court lacks jurisdiction when an appeal is moot. *Id.* Accordingly, this appeal is dismissed for want of jurisdiction.


Lee Yeakel, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed:   October 3, 2002

Do Not Publish

2